IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDWARD FRANCIS and<br>KIMBERLY FRANCIS<br>Plaintiffs | §<br>§<br>§<br>§ | |
| VS. | § **CIVIL ACTION NO.** | 1:15-cv-389 |
| | §<br>§ | |
| LOWE'S HOME CENTERS, LLC | § | |

## NOTICE OF REMOVAL OF ACTION UNDER
## 28 U.S.C. § 1446(a) DIVERSITY

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that Defendant, LOWE'S HOME CENTERS, LLC, HEREBY REMOVES TO THIS Court the state court action described below:

1. On April 14, 2015, an action was commenced in the 277th Judicial District Court of the State of Texas in and for Williamson, Texas, entitled EDWARD FRANCIS and KIMBERLY FRANCIS vs. LOWE'S HOME CENTERS, LLC, as Cause Number 15-0379-C277. A copy of Plaintiff's Original Petition is attached hereto as Exhibit "A".

2. Defendant Lowe's Home Centers, LLC, was served with the suit on April 17, 2015.

3. Defendant, Lowe's Home Centers, LLC, has filed an Original Answer, which is attached hereto as Exhibit "B".

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1332 (a) in that it is a civil action between citizens of states other than Texas and citizens or subjects of a foreign state, and the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs. Plaintiffs' claims are based on alleged injuries suffered by Edward Francis and Kimberly Francis, due to the purchase of a Master Forge Gas Grill that allegedly caught on fire and caused damage to Plaintiffs' deck, home, yard as well as personal bodily injuries and emotional injuries.

5. Defendant is informed and believes that Plaintiffs are residents of the State of Texas based on statements contained in Plaintiffs' Original Petition. Defendant, Lowe's Home Centers, LLC, was at the time of the filing of this action, and still is, a citizen of North Carolina, being incorporated under the laws of the State of North Carolina and having its principal place of business in the State of North Carolina. Defendant Lowe's Home Centers, LLC was previously known as Lowe's Home Centers, Inc., and was also incorporated under the laws of the State of North Carolina and having its principal place of business in the State of North Carolina. Defendant Lowe's Home Centers, LLC is a citizen of North Carolina because it is a limited liability company organized under the laws of North Carolina and because none of its members are residents of the state of Texas. For purposes of determining diversity of citizenship, a limited liability company is deemed a citizen of the states where its members are citizens. *See Basurto* v. *Mervyn's, LLC,* 2007 WL 390711 at *l (N.D. Tex.2007).

6. Defendant is removing this case well within the 30 day period stipulated by the rules.

7. All pleadings, process, orders, and all other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a).

8. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place in which the removed action has been pending.

9. Defendant will promptly file a copy of this notice of removal with the clerk of the state court in which the action is pending.

10. In accordance with 28 U.S.C. §1441(a), this matter is being removed to U.S. District Court for the Western District of Texas, Austin Division because this court is the court for the district and division embracing the place where such action is pending, i.e., Williamson County, Texas.

Respectfully submitted,

**PAUL GARCIA & ASSOCIATES**
4801 N.W. Loop 410, Ste. 525
San Antonio, Texas 78229
Telephone: (210) 340-1818
Fax: (210) 340-4073
E-File Service: service@pgtxlaw.com


___*/s/ Krishna Reddy*_____
KRISHNA REDDY
State Bar No. 24065954
kreddy@pgtxlaw.com
PAUL GARCIA
State Bar No. 00798199
pgarcia@pgtxlaw.com
MARTINA MERITZ
State Bar No. 24037098
mmeritz@pgtxlaw.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing pleading was mailed, certified mailed, return receipt requested, in accordance with the Federal and Texas Rules of Civil Procedure on 12th day of May, 2015 to:

James A. Rodman
Samantha L. Penturf
1515 W. 35th Street, Bldg C
Austin, Texas  78703
**ATTORNEY FOR PLAINTIFF**

                                               */s/ Krishna Reddy*
                                               KRISHNA REDDY

## **INDEX OF EXHIBITS**

Exhibit A:   Plaintiff's Original Petition
Filed in State Court on April 14, 2015

Exhibit B:   Original Answer of Defendant Lowe's Home Centers, LLC
Filed in State Court on May 5, 2015

Exhibit C:   State Court Docket Sheet

Exhibit D:   Index of Matters Being Filed

Exhibit E:   List of All Counsel of Record

Exhibit F:   Defendant's Notice of Consent to Removal